IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANTONIO BAUTISTA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JOHN F. SALAZAR, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | No. C 08-4646 MMC (PR) <br><br> **ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME** <br><br> **(Docket No. 5)** |

GOOD CAUSE APPEARING, respondent's motion for an extension of time to file a response to the petition is hereby GRANTED. Respondent shall file his response to the petition no later than July 15, 2009. Within **thirty** days of the date such response is filed, petitioner shall file with the Court and serve on respondent a responsive pleading thereto. If respondent files a motion to dismiss, respondent <u>shall</u> file a reply to petitioner's opposition within **fifteen** days of the date such opposition is filed.

This order terminates Docket No. 5.

IT IS SO ORDERED.

DATED: June 18, 2009

_____
MAXINE M. CHESNEY
United States District Judge