IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANTONIO BAUTISTA,               )<br>                                                             )<br>                  Petitioner,             )<br>                                                             )<br>        v.                                                )<br>                                                             )<br>JOHN F. SALAZAR, Warden,         )<br>MATTHEW CATE, Secretary,       )<br>California Department of Corrections )<br>and Rehabilitation,                         )<br>                                                             )<br>                  Respondents.          )<br>_____ ) | No. C 08-4646 MMC (PR)<br><br>**ORDER GRANTING PETITIONER's SECOND REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>**(Docket No. 20)** |

Good cause appearing, petitioner's request for an extension of time to file a traverse is hereby GRANTED. Petitioner shall file his traverse on or before **April 9, 2010**. If petitioner determines he will be unable to comply with this order due to additional delays in his scheduled eye surgery and/or the receipt of his prescription eyeglasses, he may move for a further extension of time.

This order terminates Docket No. 20.

IT IS SO ORDERED.

DATED: January 13, 2010

_____
MAXINE M. CHESNEY
United States District Judge