United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANTONIO BAUTISTA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JOHN F. SALAZAR, Warden, ) <br> MATTHEW CATE, Secretary, ) <br> California Department of Corrections ) <br> and Rehabilitation, ) <br> ) <br> Respondents. ) <br> _____ ) | No. C 08-4646 MMC (PR) <br><br> **ORDER GRANTING PETITIONER'S FOURTH REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE** <br><br> **(Docket No. 26)** |

Good cause appearing, petitioner's request for an extension of time to file a traverse is hereby GRANTED. Petitioner shall file his traverse no later than **August 6, 2010**. As petitioner, however, has now been provided with approximately one year to file a traverse, no further extensions will be granted absent a showing of extraordinary circumstances. In particular, if petitioner determines he will be unable to comply with this order due to additional delays in his scheduled eye surgery and/or the receipt of his prescription eyeglasses, any request for a further extension of time must be supported by declarations or other evidence from prison officials regarding the scheduling of petitioner's eye surgery and/or the receipt of his eyeglasses.

This order terminates Docket No. 26.

IT IS SO ORDERED.

DATED: July 14, 2010

/s/ Vaughn R. Walker      for
MAXINE M. CHESNEY
United States District Judge