IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIO ANTONIO BAUTISTA,

        Petitioner,

  v.

J. TIM OCHOA,

        Respondent.
                                            /

No. CV-08-4646 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The petition for a writ of habeas corpus is hereby DENIED, and a certificate of appealability is hereby DENIED.

Dated: February 23, 2012                                      Richard W. Wieking, Clerk

                                                                                                                                *Tracy Lucero*

                                                                                                                                By: <u>Tracy Lucero</u>
                                                                                                                                 <u>Deputy Clerk</u>